**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

                          Plaintiff,

               - against -

LIPPMANN ENTERPRISES, L.L.C.,

                        Defendant.
-------------------------------------------------------------X

Case No.   1:22-cv-10545-LJL

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, without prejudice, and without costs or attorneys' fees, of the above-referenced matter against Lippmann Enterprises, L.L.C.

Dated: Scarsdale, New York
       December 29, 2022

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                                      By: _____
                                      Dan Shaked, Esq.
                                      14 Harwood Court, Suite 415
                                      Scarsdale, NY 10583
                                      Tel. (917) 373-9128
                                      e-mail: ShakedLawGroup@Gmail.com